**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6456**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

> v.

ROBERT BRUCE GILLINS, a/k/a Gary Waring, a/k/a Christopher Washington, a/k/a Kelly,

> Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:94-cr-00163-RBS-1)

Submitted:  September 8, 2022                    Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Bruce Gillins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Bruce Gillins appeals the district court's order denying his motion for a sentence reduction pursuant to § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 ("First Step Act").  The district court found him ineligible for relief because his continuing criminal enterprise conviction was not a covered offense, as defined in First Step Act § 404(a).  On appeal, Gillins challenges the district court's finding.  Because his claim is foreclosed by our decision in *United States v. Thomas*, 32 F.4th 420, 426-30 (4th Cir. 2022) (holding that a continuing criminal enterprise conviction, in violation of 21 U.S.C. § 848(a), (c), is not a covered offense), we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*